FORM L51a Final Decree  (v.1.06)                                                                                                05-91680 - D - 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

1130 12th Street, Suite C
Modesto, CA 95354

(209) 521-5160
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

FILED

1/23/06

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

admin

# FINAL DECREE

Case Number: 05-91680 - D - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Gary Richard Gilstrap
xxx-xx-3720

3795 Fosberg Rd
Turlock, CA 95380

Tina Juanette Gilstrap
xxx-xx-3997

3795 Fosberg Rd
Turlock, CA 95380

OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:

A-1 Shutters and Blinds
A-1 Steamway Carpet Cleaning

Trustee:
Gary Farrar
PO Box 576097
Modesto, CA 95357

Telephone Number: 209-551-1962

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:   1130 O Street, Room 1110, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed; that the Trustee is hereby discharged, that the bond of the Trustee is hereby canceled, and that the Trustee's bond is hereby released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated:
1/23/06

For the Court,
Richard G. Heltzel , Clerk